IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KDH DEFENSE SYSTEMS, INC. | : |
| Plaintiff | : |
| vs. | : Case No.: 16-941C |
| | : Judge: Lydia Kay Griggsby |
| THE UNITED STATES OF AMERICA | : |
| Defendant. | : |

## PLAINTIFF'S MOTION REGARDING LOCATION FOR ORAL ARGUMENT

By Scheduling Order dated August 5, 2016, the Court has scheduled a telephonic hearing for August 30, 2016 concerning plaintiff's motions for a temporary restraining order and for a preliminary injunction. Plaintiff respectfully requests that said hearing be held in the Court in lieu of being conducted by telephone. Plaintiff's counsel and Plaintiff's President, David Herbener, will travel to the Court for the hearing. Mr. Herbener will be available in the event that there would be any matters raised that would require information of which he would be knowledgeable. The undersigned has conferred with Government counsel, Aaron Woodward, who has indicated that the Government has no objection to this request.

Wherefore, Plaintiff respectfully requests that the hearing in this matter scheduled for August 30, 2016 be held at the Court in lieu of being held telephonically.

Respectfully submitted,

Ruth E. Ganister

ROSENTHAL AND GANISTER
31 Turner Lane
West Chester, PA 19380
(610) 430-6890

(610)430-6889 (fax)
Roseganist@aol.com

Attorneys for Plaintiff
KDH Defense Systems, Inc.

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on this 25th day of August, 2016, a copy of the foregoing "Plaintiff's Motion Regarding Location for Oral Argument" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Ruth E. Ganister