# In the United States Court of Federal Claims

|  |  |
|---|---|
| KDH DEFENSE SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) <br> ) | No. 16-941C <br><br> Filed: September 21, 2016 |

## DISMISSAL ORDER

On September 21, 2016, plaintiff filed a motion to withdraw the above-captioned matter (docket entry 20) with prejudice. In that motion, plaintiff states that it has reviewed the Court's September 8 order denying its motions for a temporary restraining order and for a preliminary injunction in this matter and requests that the Court enter an order dismissing the matter with prejudice. Plaintiff represents that government counsel does not object to its request.

In view of the foregoing and for good cause shown, the Court **DISMISSES** this matter, with prejudice, pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims.

The Clerk is directed to enter judgement accordingly.

Each party to bear its own costs.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge